# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN E. BONDS**  PETITIONER

v.  Case No. 4:17-cv-00092 KGB/PSH

**USA**  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 26). The United States has not filed an objection. Mr. Bonds has filed two objections (Dkt. Nos. 27, 28). After a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court denies the United States' request to dismiss Mr. Bonds' petition (Dkt. No. 5). This Order does not foreclose the parties from addressing exhaustion at the summary judgment stage of this litigation.

It is so ordered this the 13th day of July, 2018.

Kristine G. Baker
United States District Judge