IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN E. BONDS                                              PETITIONER

V.                        NO: 4:17CV00092 KGB/PSH

USA                                                          RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Steven E. Bonds ("Bonds"), an inmate who was previously in federal custody in Yazoo City, Mississippi, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 or 2241 in February 2017. Docket entry no. 1. The United States Attorney for the Eastern District of Arkansas responded to the petition, requesting that the Court dismiss the petition without prejudice for Bonds' failure to exhaust his administrative remedies. Docket entry no. 5. The undersigned recommended that the respondent's request to dismiss the petition be denied. Docket entry no. 26. The District Court adopted and approved the undersigned's recommendation. Docket

1

entry no. 36.  The District Court's ruling was returned as undeliverable mail to Bonds.  Docket entry no. 37.  Thereafter, the undersigned entered an Order notifying Bonds of his duty to respond to the Court's Order and provide his current address.  The Order cited Local Rule 5.5(c)(2), and directed Bonds to reply within thirty days.  Bonds was warned that failure to comply in a timely manner may result in the recommended dismissal of the case.  Docket entry no. 38.  The time in which to respond has come and gone, with no response from Bonds.

Since more than 30 days have passed, and Bonds has not responded, the Court concludes that Bonds' petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommend that Bonds' petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order.

IT IS SO ORDERED 8th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE