IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN E. BONDS**                                                                    **PETITIONER**

v.                          **Case No. 4:17-cv-00092 KGB/PSH**

**USA**                                                                                               **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Steven E. Bonds' petition and denies the requested relief.

So adjudged this the 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge